# J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIA HATCH and ROGER HATCH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HOLOGIC, INC., and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:16-cv-0893-JGB (SPx)<br><br>**ORDER REGARDING VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT HOLOGIC, INC.** |

Based upon the stipulation of counsel for Plaintiffs Tia and Roger Hatch and Defendant Hologic, Inc., and good cause appearing:

IT IS HEREBY ORDERED that the parties' VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT HOLOGIC, INC. is hereby GRANTED.

1. Plaintiffs' claims against Defendant Hologic, Inc. are hereby dismissed with prejudice;

2. Plaintiffs shall not assert or bring in any court any claims against current or former employees of Defendant Hologic, Inc. arising out of or relating to the facts, occurrences, or events which are the subject of this action;

3. Each party shall bear its own costs and fees.

Dated: __May 23, 2016_____       _____
                                            Hon. Jesus G. Bernal, U.S.D.J.